| Case No.: | 12-33790 | | Trustee Name: | Samuel D. Sweet |
| --- | --- | --- | --- | --- |
| Case Name: | Richfield Management, L.L.C. | | Date Filed (f) or Converted (c): | 02/25/2013 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 03/21/2013 |
| | | | Claims Bar Date: | 07/17/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | See Schedule A Attachment | $9,014,142.33 | $0.00 | | $0.00 | FA |
| 2 | Petty cash 1606 E Webster Rd | $750.00 | $0.00 | | $0.00 | FA |
| 3 | Petty cash 4131 Dove Rd | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Petty cash 4151 S McMillan Rd | $864.07 | $0.00 | | $0.00 | FA |
| 5 | Comerica, 201 W. Fort St., Detroit, MI 48226 General Account (XXXXXX3285) Primary disbursement account for Richfield Management; used to fund payroll obligations for Richfield Management employees; also accepts Pay Pal and credit card payments from customers. | $61,272.32 | $0.00 | | $0.00 | FA |
| 6 | Comerica, 201 W. Fort St., Detroit, MI 48226 Cove Account (XXXXXX3293) Open, non-operating account | $99.78 | $0.00 | | $0.00 | FA |
| 7 | PNC Wealth Management, 2322 Tittabawesee Road, Saginaw, MI. 48604 Cove Landfill IRR (XX-XX-XXX-XXX3305) Funds in escrow or trust are legally restricted for purposes of settling closure, post-closure and remedial obligations for the Debtors' two landfills. | $1,038,246.86 | $0.00 | | $0.00 | FA |
| 8 | Security deposits with public utilities, telephone | $363,708.23 | $0.00 | | $0.00 | FA |
| 9 | 3rd party receivables Trade | $1,904,667.31 | $0.00 | | $0.00 | FA |
| 10 | 1-800-ROLL OFF | $40,000.00 | $0.00 | | $0.00 | FA |
| 11 | Goodwill | $857,533.21 | $0.00 | | $0.00 | FA |
| 12 | Non-compete agreements from Waste Away transaction | $26,000.00 | $0.00 | | $0.00 | FA |
| 13 | Organizational costs | $76,712.14 | $0.00 | | $0.00 | FA |
| 14 | See Schedule B29 Attachment | $6,370,954.50 | $0.00 | | $0.00 | FA |
| 15 | Fuel inventory Location: Various | $84,844.85 | $0.00 | | $0.00 | FA |
| 16 | Parts Location: Various | $135,100.00 | $0.00 | | $0.00 | FA |
| 17 | Tire inventory Location: Various | $28,890.53 | $0.00 | | $0.00 | FA |
| 18 | See Schedule B35 Attachment | $1,708,758.87 | $0.00 | | $0.00 | FA |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** 12-33790 | | | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** Richfield Management, L.L.C. | | | **Date Filed (f) or Converted (c):** | 02/25/2013 (c) |
| **For the Period Ending:** 03/31/2022 | | | **§341(a) Meeting Date:** | 03/21/2013 |
| | | | **Claims Bar Date:** | 07/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $21,713,545.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/31/2022 | Trustee is preparing the Trustee's Final Report in this case that has been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. The Trustee expects to file the Final Report by 4/30/2022. |
| 03/31/2021 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2020 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2019 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2018 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2017 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2016 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2015 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2014 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/29/2013 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |

**Initial Projected Date Of Final Report (TFR):** 09/18/2014  **Current Projected Date Of Final Report (TFR):** 04/30/2022  /s/ SAMUEL D. SWEET

SAMUEL D. SWEET

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No. | 12-33790 | | Trustee Name: | Samuel D. Sweet |
| Case Name: | Richfield Management, L.L.C. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2864 | | Checking Acct #: | ******3384 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2017 | | Richfield Equities, LLC | Transfer Funds from Administratively Consolidated Case - Richfield Equities, LLC 12-33788 | 9999-000 | $120,497.13 | | $120,497.13 |
| 07/10/2017 | 3001 | Samuel D. Sweet, PLC | Attorney for Trustee Fees p/o 6/26/2017 | 3110-000 | | $2,462.50 | $118,034.63 |
| 07/12/2017 | 3002 | Samuel D. Sweet | Trustee Fees p/o 7/11/2017 | 2100-000 | | $16,487.34 | $101,547.29 |
| 07/12/2017 | 3003 | United States Bankruptcy Court | Court Costs p/o 7/11/2017 | 2700-000 | | $3,657.50 | $97,889.79 |
| 07/12/2017 | 3004 | Comerica Bank | Payment of Secured Claim p/o 7/11/2017 | 4210-000 | | $28,612.50 | $69,277.29 |
| 07/12/2017 | 3005 | United States Trustee | Payment of Quarterly Fees p/o 7/11/2017 | 2950-000 | | $1,869.44 | $67,407.85 |
| 07/12/2017 | 3006 | RKA Petroleum Companies, Inc. | Payment of Claim p/o 7/11/2017 | 6990-000 | | $6,066.70 | $61,341.15 |
| 07/12/2017 | 3007 | Michigan Department of Environmental Quality | Payment of Claim p/o 7/11/2017 | 6990-000 | | $61,341.15 | $0.00 |
| | | | TOTALS: | | $120,497.13 | $120,497.13 | $0.00 |
| | | | Less: Bank transfers/CDs | | $120,497.13 | $0.00 | |
| | | | Subtotal | | $0.00 | $120,497.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $120,497.13 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 06/29/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $120,497.13 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $120,497.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $120,497.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | |  | |
|---|---|---|---|
| Case No. | 12-33790 | Trustee Name: | Samuel D. Sweet |
| Case Name: | Richfield Management, L.L.C. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2864 | Checking Acct #: | ******3384 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| | | | $0.00 | $120,497.13 | $0.00 |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 06/29/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $120,497.13 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $120,497.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $120,497.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET